UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILLIAM PECK 126596

CIVIL ACTION
NUMBER: 00-0360

VERSUS

BURL CAIN WARDEN, ET AL

SECTION: SECT. L MAG. 3

### ORDER

Considering the application and affidavit to proceed in forma pauperis,

**IT IS ORDERED** that:

☐ the motion is GRANTED; the party is entitled to proceed in forma pauperis.

☐ the motion is MOOT; the party was previously granted pauper status.

☐ the motion is DENIED; the party has sufficient funds to pay the filing fee.

☑ the motion is DENIED as MOOT; the filing fee has already been paid.

☐ the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons:

_____

_____

New Orleans, La., this 8 day of February, 2000.

UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY FEB 10 2000