FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 13 P 4:36

LORETTA G. WHYTE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIAM PECK #126596** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0360** |
| **BURL CAIN WARDEN, ET AL** | **SECTION "L"(1)** |

\* \* \* \* \* \* \* \* \*

## MOTION FOR FIRST EXTENSION OF TIME

\* \* \* \* \* \* \* \* \*

**NOW INTO COURT**, comes the State of Louisiana, through the undersigned Assistant District Attorney, who does respectfully request an extension of time in which to file a brief for the following reasons:

1. Respondent's brief is due March 13, 2000.

2. Undersigned counsel requested the record relevant to the above captioned matter on February 15, 2000 and has not yet received the record. Undersigned counsel has spoken with Sandra Pena of the Orleans Parish Criminal District Court Clerk's office who is working on obtaining the file.

3. The State is not aware of any opposition to this motion.

DATE OF ENTRY

MAR 1 5 2000

1


Fee____
Process____
X Dktd____
__ CtRmDep____
__ Doc.No.____

**WHEREFORE,** respondent respectfully requests an additional twenty days from the original return date to this Court, or, until the 3rd day of April, 2000, in which to file a response in this matter.

Respectfully submitted,

*/s/ N. Barron*
NICOLE BARRON, BAR NO. 24759
ASSISTANT DISTRICT ATTORNEY
619 South White Street
New Orleans, LA 70119
Telephone: (504) 822-2414


## ORDER

**IT IS ORDERED** that respondent herein be granted an extension of _20_ day(s), until the _3_ day of _April_, 2000 in which to file a response in the captioned matter.

_____
U.S. MAGISTRATE JUDGE
United States District Court
Eastern District of Louisiana

This _14_ day of _March_, 2000,

New Orleans, Louisiana.