```
              FILED
         U.S. DISTRICT COURT
       EASTERN DISTRICT OF LA

         2000 APR -3  P 4:06

         LORETTA G. WHYTE
              CLERK
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIAM PECK #126596** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0360** |
| **BURL CAIN WARDEN, ET AL** | **SECTION "L"(1)** |

\* \* \* \* \* \* \* \* \*

## MOTION FOR SECOND EXTENSION OF TIME

\* \* \* \* \* \* \* \* \*

**NOW INTO COURT**, comes the State of Louisiana, through the undersigned Assistant District Attorney, who does respectfully request an extension of time in which to file a brief for the following reasons:

1. Respondent's brief is due April 3, 2000.

2. Undersigned counsel requested the record relevant to the above captioned matter on February 15, 2000 and has not yet received the record. Undersigned counsel has spoken with Sandra Pena of the Orleans Parish Criminal District Court Clerk's office who is working on obtaining the file.

3. The State is not aware of any opposition to this motion.

DATE OF ENTRY
APR 5 2000

1

___Fee___
___Process___
_X_ Dktd
___ CtRmDep
___ Doc.No.

WHEREFORE, respondent respectfully requests an additional twenty days from the original return date to this Court, or, until the 23rd day of April, 2000, in which to file a response in this matter.

Respectfully submitted,

NICOLE BARRON, BAR NO. 24759
ASSISTANT DISTRICT ATTORNEY
619 South White Street
New Orleans, LA 70119
Telephone: (504) 822-2414

## ORDER

IT IS ORDERED that respondent herein be granted an extension of __20__ day(s), until the __24__ day of __April__, 2000 in which to file a response in the captioned matter.

U.S. MAGISTRATE JUDGE
United States District Court
Eastern District of Louisiana

This __4__ day of __April__, 2000,

New Orleans, Louisiana.

2