

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR 24 P 4: 02

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**WILLIAM PECK #126596**                    **CIVIL ACTION**

**VERSUS**                                   **NO. 00-0360**

**BURL CAIN WARDEN, ET AL**                  **SECTION "L"(1)**

\* \* \* \* \* \* \* \* \*

## MOTION FOR THIRD EXTENSION OF TIME

\* \* \* \* \* \* \* \* \*

**NOW INTO COURT**, comes the State of Louisiana, through the undersigned Assistant District Attorney, who does respectfully request a 7-day extension of time in which to file a brief for the following reasons:

1. Respondent's brief is due April 24, 2000.

2. Undersigned counsel requested the record relevant to the above captioned matter on February 15, 2000 and received the record shortly before leaving for annual vacation the first two weeks of April. Since returning, two of seven attorneys with the Appellate Division of the District Attorney's Office have resigned, resulting in re-assignment of cases and additional workload to undersigned counsel. An additional week will be needed to adequately brief the issues presented in petitioner's habeas.

3. The State is not aware of any opposition to this motion.

DATE OF ENTRY
APR 2 6 2000

1



WHEREFORE, respondent respectfully requests an additional seven days from the original return date to this Court, or, until the 1st day of May, 2000, in which to file a response in this matter.

Respectfully submitted,

*[signature]*
NICOLE BARRON, BAR NO. 24759
ASSISTANT DISTRICT ATTORNEY
619 South White Street
New Orleans, LA 70119
Telephone: (504) 822-2414

## ORDER

IT IS ORDERED that respondent herein be granted an extension of __7__ day(s), until the _1st_ day of _May_____, 2000 in which to file a response in the captioned matter.

*[signature]*
U.S. MAGISTRATE JUDGE
United States District Court
Eastern District of Louisiana

This __25__ day of __April____, 2000,
New Orleans, Louisiana.