**MINUTE ENTRY**
**FALLON, J.**
**July 5, 2000**



# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIAM PECK** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-360** |
| **BURL CAIN, WARDEN, ET AL** | **SECTION: L (1)** |

The Court is in receipt of the Objection to Magistrate's Report and Recommendation, filed by plaintiff on June 30, 2000. Said objection being timely filed, this matter is hereby TAKEN UNDER SUBMISSION.

DATE OF ENTRY
JUL - 6 2000