FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG -3  AM 10: 10

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM PECK | CIVIL ACTION |
| VERSUS | NO. 00-360 |
| BURL CAIN, WARDEN, ET AL. | SECTION "L" (1) |

## ORDER

Before the Court is the petitioner's Objection to Magistrate's Report and
Recommendation.  The Court has reviewed the record, the applicable jurisprudence, the
Magistrate Judge's Report and Recommendation, and the petitioner's Objection to the
Magistrate's Report and Recommendation.  The Report and Recommendation is well-supported.
With regard to plaintiff's assertion that the Magistrate Judge misunderstood or misrepresented
the facts surrounding the provision of transcripts to the petitioner's counsel at trial, this Court
disagrees.  The record and exhibits clearly establish that the petitioner was provided transcripts
by the trial court prior to cross-examination of Ms. Steward.  Furthermore, the Court finds that
the petitioner's reliance on the importance of the transcripts is misplaced.  The petitioner's legal
arguments with regard to the transcripts represent mere disagreement with the conclusions of the
Magistrate Judge and the state courts.

This Court agrees with and accepts the Report and Recommendation filed by the
Magistrate Judge.  Accordingly, the petitioner's Objection to Magistrate's Report and
Recommendation is DENIED and the Petition for Writ of Habeas Corpus is HEREBY

Fee_____
Process_____
X_Dktd_____
_CtRmDep_____
Doc.No._____

DATE OF ENTRY
AUG 0 8 2000

DISMISSED with prejudice.

Done on this ___ day of August, 2000,
New Orleans, Louisiana.

**UNITED STATES DISTRICT JUDGE**