FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG -8  AM 11: 32

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**WILLIAM PECK**                                   **CIVIL ACTION**

**VERSUS**                                         **NO.  00-360**

**BURL CAIN, WARDEN, Louisiana**                   **SECTION: L**
**State Penitentiary, ET AL**

### J U D G M E N T

Considering the Court's Order dated August 7, 2000, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendants, Burl Cain, Warden, Louisiana State Penitentiary, and the Attorney General of the State of Louisiana, and against plaintiff, William Peck, dismissing said plaintiff's claim for habeas corpus relief under 28 USC 2254 with prejudice.

New Orleans, Louisiana, this 7th day of August, 2000.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
AUG 0 8 2000

Fee
Process
X Dktd
CtRmDep
Doc. No.