U.S. DISTRICT COURT
Eastern District of Louisiana

FILED AUG 2 2 2000

LORETTA G. WHYTE
Clerk

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILLIAM PECK,     *     CIVIL ACTION
Petitioner-Appellant,     *
    *     DOCKET NO. 00-0360
versus     *
    *     SECTION "L"(1)
BURL CAIN, WARDEN,     *
LA. STATE PENITENTIARY,     *
Respondent-Appellee.     *
    *

****************************************************************

## NOTICE OF APPEAL

PLEASE TAKE NOTICE THAT the above petitioner appeals to the United States Court of Appeals, Fifth Circuit from the Order-Judgment he received on August 10, 2000 from this Honorable Court, denying habeas relief under 28 U.S.C. 2254. Rule 4(a) of the Federal Rules of Appellate Procedure.

DATE: 8-18-2000

Respectfully submitted,

William Peck

William Peck
#126496 Spruce-1
La. State Penitentiary
Angola, La. 70712

Fee Not pd.
Process
X Dktd
X CtRmDep
Doc.No.