

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| William Peck #126596 | CIVIL ACTION |
| VERSUS | NO. 00-360 |
| Burl Cain | SECTION "L" (1) |

### CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____
_____

☑ a certificate of appealability shall not be issued for the following reason(s):
PETITIONER'S CLAIMS HAVE BEEN CONSIDERED AND REVIEWED BY THE UNITED STATES MAGISTRATE JUDGE AND THE DISTRICT COURT AND HAVE BEEN DETERMINED TO BE UNMERITORIOUS.

Date: August 28, 2000

UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
AUG 31 2000